IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARISSA LARIN                                    :        CIVIL ACTION
                                                 :
        vs.                                      :
                                                 :        NO. 11-0082
NORTHSTAR LOCATION SERVICES, LLC.

## O R D E R

      **AND NOW, TO WIT,** This 20TH day of APRIL, 2011, it having been reported that the issues between the parties in this action has been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

      **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY: *Lisa Brady*
     Rose A. Barber
     Deputy Clerk
To Hon. Gene E.K. Pratter

Civ 2 (8/2000)
41(b).frm